IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 13-cr-00181

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRI THIEN HUYNH,

Defendant.

---

# ORDER

---

This matter arises on the **Government's Motion for Clarification or Enforcement of Conditions of Release** [Doc. # 67, filed 6/7/2013]. The government states that it "respectfully enters this Motion for Clarification or Enforcement of the requirement that the defendant surrender any passport to the U.S. District Court Clerk's Office" and reports that "upon information and belief, defendant Tri Thien Huynh has not surrendered any passport to the U.S. District Court Clerk's Office."

Condition 7(d) of the Additional Conditions of Release [Doc. 48] requires the defendant to "surrender any passport to: U.S. District Court Clerk's office."

IT IS ORDERED that defendant Tri Thien Huynh must surrender any passport he may possess to the Clerk of the Court on or before June 12, 2013, at 5:00 p.m.

Dated June 10, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge